UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

Order Filed on September 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARGUERITE MOONEY

Case No.: 17-31351

Hearing Date: 8/15/18

Judge: Hon. CHRISTINE M. GRAVELLE

## CONSENT ORDER RESOLVING MOTION TO EXPUNGE CLAIM

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: September 24, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

CAPTION OF ORDER:

CONSENT ORDER RESOLVING MOTION TO EXPUNGE CLAIM

CASE NO: 17-31351

ADV. NUMBER:

DATE OF HEARING: 8/15/18

JUDGE: HON. CHRISTINE M. GRAVELLE

---

THIS MATTER being opened to the Court upon confirmation by their counsel, Abelson & Truesdale LLC (Steven J. Abelson, Esq., appearing on behalf of Debtor) and Aleksander Powietrzynski, Esq. (Winston & Winston, PC) appearing on behalf of the Creditor JP Morgan Chase Bank, NA and the parties having amicably resolved the issues in dispute, and for good cause having been shown:

IT IS ORDERED as follows:

1) The Proof of Claim in this matter (#4) to JP Morgan Chaes Bank, NA is hereby modified as follows:

   a) $ 1,500 is to be deemed secured and paid through the Debtor's Chapter 13 Plan.

   b) The remaining balance or $ 1,742.92 shall be reclassified as a General Unsecured Claim and paid, if such distribution exists, pro-rata pursuant to the Debtor's confirmed Chapter 13 plan.

2) This Order shall resolve all issues between the parties. Upon satisfaction of the Debtor's secured claim above, the Creditor shall release the Title to the Vehicle to the Debtor marking same satisfied and all liens released.

*The undersigned hereby consent to the form and entry of the foregoing Order and represent authority to bind their respective parties to the terms above.*

_____
ALEKSANDER POWIETRZYNSKI, ESQ.
Winston & Winston, PC
On Behalf of the JP Morgan Chase Bank, NA

_____
STEVEN J. ABELSON, ESQ.
Abelson & Truesdale, LLC
On Behalf of the Debtors

2