UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re:

MARGUERITE MOONEY

Order Filed on September 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-31351

Hearing Date: 8/15/18

Judge: Hon. CHRISTINE M. GRAVELLE

## CONSENT ORDER RESOLVING MOTION TO EXPUNGE CLAIM

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: September 24, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

CAPTION OF ORDER:
CONSENT ORDER RESOLVING MOTION TO EXPUNGE CLAIM

CASE NO: 17-31351

ADV. NUMBER:

DATE OF HEARING: 8/15/18

JUDGE: HON. CHRISTINE M. GRAVELLE

---

THIS MATTER being opened to the Court upon confirmation by their counsel, Abelson & Truesdale LLC (Steven J. Abelson, Esq., appearing on behalf of Debtor) and Aleksander Powietrzynski, Esq. (Winston & Winston, PC) appearing on behalf of the Creditor JP Morgan Chase Bank, NA and the parties having amicably resolved the issues in dispute, and for good cause having been shown:

IT IS ORDERED as follows:

1) The Proof of Claim in this matter (#4) to JP Morgan Chaes Bank, NA is hereby modified as follows:

    a) $ 1,500 is to be deemed secured and paid through the Debtor's Chapter 13 Plan.

    b) The remaining balance or $ 1,742.92 shall be reclassified as a General Unsecured Claim and paid, if such distribution exists, pro-rata pursuant to the Debtor's confirmed Chapter 13 plan.

2) This Order shall resolve all issues between the parties. Upon satisfaction of the Debtor's secured claim above, the Creditor shall release the Title to the Vehicle to the Debtor marking same satisfied and all liens released.

*The undersigned hereby consent to the form and entry of the foregoing Order and represent authority to bind their respective parties to the terms above.*

_____
ALEKSANDER POWIETRZYNSKI, ESQ.
Winston & Winston, PC
On Behalf of the JP Morgan Chase Bank, NA

_____
STEVEN J. ABELSON, ESQ.
Abelson & Truesdale, LLC
On Behalf of the Debtors

2

United States Bankruptcy Court
District of New Jersey

In re:  
Marguerite Mooney  
    Debtor

Case No. 17-31351-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 25, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.  
db           +Marguerite Mooney,   320 Center Street,   Tuckerton, NJ 08087-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                             TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:  
           Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Albert    Russo     docs@russotrustee.com  
           Aleksander P. Powietrzynski     on behalf of Creditor    JPMORGAN CHASE BANK, N.A.  
            alex@winstonandwinston.com  
           Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Nicholas V. Rogers     on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES et.al. nj.bkecf@fedphe.com  
           Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation  
            rsolarz@kmllawgroup.com  
           Steven J. Abelson     on behalf of Debtor Marguerite   Mooney sjaesq@atrbklaw.com,  
            atrbk1@gmail.com;r49787@notify.bestcase.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                           TOTAL: 8