Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31351–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marguerite Mooney
    320 Center Street
    Tuckerton, NJ 08087

Social Security No.:
    xxx–xx–6518

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 6, 2018.

On 9/27/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            November 7, 2018
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 1, 2018
JAN: gan

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-31351-CMG
Marguerite Mooney                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 01, 2018
                              Form ID: 185             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
```
db             +Marguerite Mooney,    320 Center Street,    Tuckerton, NJ 08087-2104
cr             +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,
                708Third Avenue, 5th Floor, Suite 142,    New York, NY 10017-4201
cr             +THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW,     Phelan Hallinan&Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517133806      +Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
517213241       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517133810      +First Premier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
517133812      +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517331219       Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517133814      +Quality Asset Recovery,    7 Foster Avenue Ste 101,    Gibbsboro, NJ 08026-1191
517133816     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit*,     4 Gatehall Dr, Ste 350,
                Parsippany, NJ 07054)
517223337       The Bank of New York Mellon f/k/a The Bank Et.Al.,     Wells Fargo Bank, N.A.,
                Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517168347      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517133817      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:48      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 01:09:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517133807      +E-mail/Text: bk.notifications@jpmchase.com Oct 02 2018 01:09:32      Chase Auto Finance*,
                P.O. Box 901076,    Fort Worth, TX 76101-2076
517133808      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:17      Comenity Bank/Limited,
                Po Box 182789,    Columbus, OH 43218-2789
517133809      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:17
                Comenity Bank/Victorias Secret,    PO Box 182789,    Columbus, OH 43218-2789
517267198      +E-mail/Text: bk.notifications@jpmchase.com Oct 02 2018 01:09:32      JPMorgan Chase Bank, N.A.,
                PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517133811      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 02 2018 01:08:43      Kohl's*,    P.O. Box 3043,
                Milwaukee, WI 53201-3043
517324031       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2018 01:12:05      LVNV Funding,
                c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517133813      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2018 01:11:31
                Pinnacle Credit Services*,    P.O. Box 640,    Hopkins, MN 55343-0640
517324461       E-mail/Text: bnc-quantum@quantum3group.com Oct 02 2018 01:09:35
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517133815       E-mail/Text: bankruptcy@td.com Oct 02 2018 01:09:51      TD Bank*,    Recovery Dept,
                P.O. Box 9547,    Portland, ME 04112
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2           Date Rcvd: Oct 01, 2018
                              Form ID: 185                Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE
               FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES et.al. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven J. Abelson    on behalf of Debtor Marguerite   Mooney sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```