Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                      Case No.:  17−31351−CMG
                                      Chapter:  13
                                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marguerite Mooney
   320 Center Street
   Tuckerton, NJ 08087

Social Security No.:
   xxx−xx−6518

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/6/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 7, 2020
JAN: rms

                                                                                                Jeanne Naughton
                                                                                                Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 17-31351-CMG
Marguerite Mooney                                           Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2        Date Rcvd: Aug 07, 2020
                             Form ID: 148             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
db             +Marguerite Mooney,    320 Center Street,    Tuckerton, NJ 08087-2104
cr             +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,
                708Third Avenue, 5th Floor, Suite 142,    New York, NY 10017-4201
cr             +THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW,    Phelan Hallinan & Schmieg, PC,
                1617 JFK Boulevard,    Suite 1400,    Philadelphia, p 19103-1814
cr             +THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW,    Phelan Hallinan&Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517133806      +Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
517133811      +Kohl's,   P.O. Box 3043,    Milwaukee, WI 53201-3043
517133812      +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517133814      +Quality Asset Recovery,    7 Foster Avenue Ste 101,    Gibbsboro, NJ 08026-1191
517223337       The Bank of New York Mellon f/k/a The Bank Et.Al.,    Wells Fargo Bank, N.A.,
                Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517168347      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2020 01:19:20    U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2020 01:19:16    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517213241       EDI: BL-BECKET.COM Aug 08 2020 04:13:00    Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
517133807      +EDI: CAUT.COM Aug 08 2020 04:13:00    Chase Auto Finance*,    P.O. Box 901076,
                Fort Worth, TX 76101-2076
517133808      +EDI: WFNNB.COM Aug 08 2020 04:13:00    Comenity Bank/Limited,    Po Box 182789,
                Columbus, OH 43218-2789
517133809      +EDI: WFNNB.COM Aug 08 2020 04:13:00    Comenity Bank/Victorias Secret,    PO Box 182789,
                Columbus, OH 43218-2789
517133810      +EDI: AMINFOFP.COM Aug 08 2020 04:13:00    First Premier Bank*,    P.O. Box 5519,
                Sioux Falls, SD 57117-5519
517267198      +EDI: CAUT.COM Aug 08 2020 04:13:00    JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                Phoenix, AZ 85038-9505
517133811      +E-mail/Text: PBNCNotifications@peritusservices.com Aug 08 2020 01:18:24      Kohl's*,
                P.O. Box 3043,    Milwaukee, WI 53201-3043
517324031       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2020 01:12:19      LVNV Funding,
                c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517133813      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2020 01:12:21
                Pinnacle Credit Services*,    P.O. Box 640,    Hopkins, MN 55343-0640
517331219       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2020 01:12:21
                Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517324461       EDI: Q3G.COM Aug 08 2020 04:13:00    Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
517133815       EDI: TDBANKNORTH.COM Aug 08 2020 04:13:00    TD Bank*,    Recovery Dept,    P.O. Box 9547,
                Portland, ME 04112
517133816       EDI: TFSR.COM Aug 08 2020 04:13:00    Toyota Motor Credit*,    4 Gatehall Dr, Ste 350,
                Parsippany, NJ 07054
517133817      +EDI: WFFC.COM Aug 08 2020 04:13:00    Wells Fargo Home Mortgage*,    P.O. Box 10335,
                Des Moines, IA 50306-0335
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                       Signature:   /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                    Page 2 of 2              Date Rcvd: Aug 07, 2020
                                  Form ID: 148                   Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2020 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
           alex@winstonandwinston.com
          Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE
           FOR WAMU ET.AL. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert   Davidow    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
           AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR
           WAMU ET.AL. nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE
           FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES et.al. nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
          Steven J. Abelson    on behalf of Debtor Marguerite   Mooney sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```